AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 26 2012

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |

CORVETTE TRENISE ALFORD

Case No.    4:08CR00285 JLH
USM No.    25265-009

Justin Eisele
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilty to violation of condition(s)  General, 1, Special, 7, 2, 3  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General | Violation of federal, state, or local law | July 13, 2011 |
| 1 | Leaving judicial district without permission of probation office | July 13, 2011 |
| Special | Failure to participate in substance abuse treatment as directed by probation office | May 31, 2011 |
| Special | Failure to pay $100 special assessment fee | November 18, 2011 |
| General | Unlawfully possess a controlled substance | December 1, 2011 |
| 7 | Use of a controlled substance | December 1, 2011 |

     The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8560

Defendant's Year of Birth:    1982

City and State of Defendant's Residence:
     Little Rock, Arkansas

April 26, 2012
Date of Imposition of Judgment

Signature of Judge

J. Leon Holmes, United States District Judge
Name and Title of Judge

April 26, 2012
Date

DEFENDANT:        CORVETTE TRENISE ALFORD
CASE NUMBER:      4:08CR00285 JLH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | Failure to submit truthful monthly written report as directed by probation officer | December 5, 2011 |
| 3 | Failure to truthfully answer all inquiries of probation officer | December 5, 2011 |

DEFENDANT: CORVETTE TRENISE ALFORD
CASE NUMBER: 4:08CR00285 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

## 24 MONTHS imprisonment to run concurrent with Arkansas Department of Correction sentence with no term of supervised release to follow

X    The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends placement in the FMC Carswell facility in Fort Worth, Texas, to allow defendant to remain near her family.**

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL